# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**YOLANDA PERRY**,                          Civil File No. 11-CV-16-SOW

       Plaintiff,

vs.                                            **STIPULATION OF DISMISSAL**
                                                   **WITH PREJUDICE**

**PORTFOLIO RECOVERY**
**ASSOCIATES, LLC**,

       Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Yolanda Perry, and the defendant, Portfolio Recovery Associates, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                Respectfully submitted,

Dated:  <u>June 8, 2011</u>                By: <u>/s/J. Mark Meinhardt</u>
                                             J. Mark Meinhardt, #53501
                                             4707 College Boulevard, Suite 100
                                             Leawood, KS 66211
                                             Telephone: (913) 451-9797
                                             Facsimile: (913) 451-6163
                                             Meinhardtlaw@sbcglobal.net
                                             ATTORNEY FOR PLAINTIFF

Dated:  <u>June 8, 2011</u>                By: <u>/s/Johnny S.Wang</u>
                                             Johnny S. Wang, #57748
                                             Hinshaw & Culbertson LLP
                                             Gatgeway One
                                             701 Market Street, Suite 1200
                                             St. Louis, MO 63101-1843
                                             Telephone: (314) 241-2600
                                             Facsimile: (314) 241-7428

jwang@hinshawlaw.com
ATTORNEY FOR DEFENDANT