IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| YOLANDA PERRY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 11-00016-CV-W-SOW |
| ) | |
| PORTFOLIO RECOVERY ASSOCIATES, ) | |
| LLC. ) | |

ORDER

Before the Court is a Stipulation of Dismissal With Prejudice (Doc. #18). The parties inform the Court that the above-captioned case should be dismissed *with* prejudice.

Accordingly, pursuant to the Stipulation of Dismissal, it is hereby

ORDERED that the above-captioned case is hereby dismissed *with* prejudice, with each party to bear their own costs and attorneys' fees.

/s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: 6/30/2011